UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEVEN MICHAEL SANDSTROM,

    Petitioner,

    v.

WARDEN,

    Respondent.

Case No. 21-cv-08452-JCS (PR)

**ORDER OF TRANSFER**

Petitioner, a federal prisoner who was convicted in Missouri and is housed at USP Atwater in the Eastern District of California, seeks habeas relief from his federal convictions. As a general rule, federal prisoners must pursue such relief by way of a 28 U.S.C. § 2255 petition filed in the district of conviction. Here, however, petitioner seeks relief under 28 U.S.C. § 2241 on grounds that § 2255 is an inadequate means to test the legality of his convictions. (Pet., Dkt. No. 1 at 10.)

"[F]or core habeas petitions challenging present physical confinement [under § 2241], jurisdiction lies in only one district: the district of confinement." *Rumsfeld v. Padilla*, 542 U.S. 426, 442-43 (2004). Accordingly, this action is TRANSFERRED to the Eastern District of California as that is the district of confinement. 28 U.S.C. §§ 1404(a), 2241(b). The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:** November 3, 2021

JOSEPH C. SPERO
Chief Magistrate Judge