UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN MICHAEL SANDSTROM,<br><br>   Petitioner,<br><br>   v.<br><br>WARDEN,<br><br>   Respondent. | Case No.: 1:21-cv-01618-JLT-BAK (SKO) (HC)<br><br>ORDER DENYING AS MOOT PETITIONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS ON APPEAL<br><br>(Doc. 29) |

Petitioner filed a motion to proceed in forma pauperis on appeal. (Doc. 29). Petitioner subsequently submitted the United States Court of Appeals fees. (Doc. 30). Accordingly, this Court ORDERS that Petitioner's motion to proceed in forma pauperis on appeal is DENIED AS MOOT.

IT IS SO ORDERED.

Dated: __May 20, 2022__          /s/ *Sheila K. Oberto*
                                  UNITED STATES MAGISTRATE JUDGE

1